Certificate Number: 05781-TXE-DE-041679088

Bankruptcy Case Number: 26-60770

05781-TXE-DE-041679088

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 15, 2026, at 1:13 o'clock PM PST, Melissa Winters completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: November 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President